**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03196-CMA

JEFF ROBINSON,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

---

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Jeff Robinson and Defendant University of Denver ("DU") (together, the "Parties"), by and through their respective attorneys of record, hereby move the Court to enter a Protective Order concerning the discovery and use of confidential information in the above-captioned matter. As grounds for this Motion, the Parties state the following:

1. Discovery in this action will involve the disclosure of confidential, proprietary, and private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending against this litigation is warranted.

2. The confidential and proprietary material that may be produced in this action includes, but is not limited to: (a) Plaintiff's personal and confidential records, including medical and financial records; (b) personnel records of current or former employees of Defendant; (c) and confidential and proprietary business information of Defendant.

3. This Protective Order is needed to ensure fair and efficient completion of discovery while protecting the Parties' and third-parties' rights in such confidential, sensitive information and minimizing judicial intervention in the discovery process.

4. A copy of the proposed Protective Order is attached hereto.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant their Joint Motion for Entry of Protective Order.

Dated this 3rd day of February, 2020.

**Representing Jeff Robinson:**

*s/Christopher M.A. Lujan*
Christopher M.A. Lujan, Esq.
Empower P.C.
2851 South Parker Road, Suite 316
Aurora, Colorado 80014
Telephone: (720)791-5700
Email:
christopher@empowerlawdenver.com

**Representing University of Denver:**

*s/ E. Rayner Mangum*
E. Rayner Mangum
Jim Goh
CONSTANGY, BROOKS, SMITH & PROPHETE
600 17th Street
Suite 2700S
Denver, CO 80202
Telephone: (720) 343-7560
Email: jgoh@constangy.com
rmangum@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd of February, 2020, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Christopher M.A. Lujan
christopher@empowerlawdenver.com

*Attorney for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal