**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03196-CMA-STV

JEFFREY ROBINSON

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR A ONE WEEK EXTENSION OF TIME TO FILE JURY INSTRUCTIONS**

---

Pursuant to Fed. R. Civ. P. 6, D.C.COLO.LCivR 6.1 and 7.1, and this Court's Practice Standards, Plaintiff Jeffrey Robinson, through undersigned counsel, respectfully requests an extension of the deadline to file jury instructions with the Court to 25 February 2021.

1. D.C.COLO.LCivR 7.1 Certification: Undersigned counsel for the Plaintiff has conferred with Defendant's counsel who states that they do not oppose the relief sought herein.

2. The current deadline to submit jury instructions is, according to this Court's Practice Standards, "at least two weeks before the Final Trial Preparation Conference." CMA Civ. Practice Standard 43.1H(c). With the Final Trial Preparation Conference scheduled for 04 March 2021, the deadline for filing jury instructions is today.

3. Undersigned counsel mistakenly calendared today's deadline as the deadline to provide jury instructions to opposing counsel and not the Court. The Plaintiff's proposed jury instructions will be sent to Defendant's attorneys today. Defense counsel indicates that they can complete their review of the jury instructions and the parties can submit them to the Court by 25 February 2021.

4. Counsel is scheduled to meet tomorrow to discuss witnesses, exhibits, and other logistical matters required of the Court in advance of the Final Trial Preparation Conference.

5. This is the Plaintiff's second request for an extension of time in this case. of this deadline. The first unopposed request was a one-month extension of a discovery deadline to complete taking depositions.

6. The relief sought herein is not requested for the purpose of delay or for any other improper purpose, and no party will be prejudiced by the requested extension.

7. Undersigned counsel apologizes for his error and for any inconvenience this oversight causes opposing counsel and this Court.

8. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that he is contemporaneously serving a copy of this Motion on his client.

9. WHEREFORE, the Plaintiff respectfully requests that the deadline for discovery be extended one month, to and including 25 February 2021.

Respectfully submitted this 18th day of February 2021.

*/s/ Christopher M.A. Lujan*

Christopher M.A. Lujan, Esq.
Empower P.C.
2851 South Parker Road, Suite 316
Aurora, Colorado 80014
720.791.5700 (Office)
720.260.1802 (Mobile)
303.317.8145 (Facsimile)
christopher@empowerlawdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2021, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JURY INSTRUCTIONS** was served via CM/ECF to the following:

Mr. Jim Goh, Esq.
Ms. Rayner Mangum, Esq.
Constangy, Brooks, Smith & Prophete, LLP
Dominion Towers
600 17th Street, Suite 2700-S
Denver, Colorado 80202-5427
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for Defendant*

Mr. Jeffrey Robinson
*Via Electronic Mail*

*/s/ Christopher M.A. Lujan*
Christopher M.A. Lujan, Esq.
Empower P.C.