**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03196-CMA-STV

JEFF ROBINSON,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION FOR EXTENSION TO FILE DISMISSAL PAPERS**

---

Plaintiff Jeff Robinson ("Plaintiff") and Defendant University of Denver ("DU"), through their undersigned counsel, hereby submit a joint motion for an extension of 10 days, up through and including April 9, 2021, within which to file their dismissal papers.

As grounds for this motion, the Parties state as follows:

1. Plaintiff filed his Complaint and Jury Demand (Dkt 1) on November 11, 2019.
2. Defendant filed its Answer on January 10, 2021. (Dkt 12).
3. On March 3, 2021, the Parties notified the Court via email that they had reached a settlement in the case. That same day, the Court issued an Order instructing the Parties to file dismissal papers by March 31, 2021. (Dkt 41).
4. The Parties are working diligently to complete the settlement process, which will allow them to file the dismissal papers. The Settlement Agreement has already been executed by both sides; DU simply needs a few additional days in order to process the settlement payment and provide the same to Plaintiff. For this reason,

the Parties respectfully request an additional 10 days, up through and including April 9, 2021, to file the dismissal papers.

5. No prior extensions have been requested in relation to this deadline.
6. No other deadlines will be affected by this extension.
7. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is contemporaneously being served on the Parties' respective representatives.
8. No party will be prejudiced by the relief requested herein.

Dated this 31st of March, 2021.

**Representing Jeff Robinson:**

*s/ Christopher M.A. Lujan*
Christopher M.A. Lujan, Esq.
Empower P.C.
2851 South Parker Road, Suite 316
Aurora, Colorado 80014
Telephone: (720)791-5700
Email:
christopher@empowerlawdenver.com

**Representing University of Denver:**

*s/ E. Rayner Mangum*
E. Rayner Mangum
Jim Goh
CONSTANGY, BROOKS, SMITH & PROPHETE
600 17th Street
Suite 2700S
Denver, CO 80202
Telephone: (720) 343-7560
Email: jgoh@constangy.com
rmangum@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st of March, 2021, I electronically filed the foregoing **JOINT MOTION FOR EXTENSION TO FILE DISMISSAL PAPERS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Christopher M.A. Lujan
christopher@empowerlawdenver.com

*Attorney for Plaintiff*

s/ Hannah Owen
***Hannah Owen,*** Paralegal