**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03196-CMA-STV

JEFFREY ROBINSON

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff, Jeffrey Robinson, and Defendant, University of Denver, hereby move the Court to dismiss this case, with prejudice, each party to bear their own fees and costs. A proposed order is submitted with this motion for the Court's convenience.

DATED the 7th day of April 2021.

*/s/ Jim Goh*
Mr. Jim Goh, Esq.
Ms. Rayner Mangum, Esq.
Constangy, Brooks, Smith & Prophete,
LLP Dominion Towers
600 17th Street, Suite 2700-S
Denver, Colorado 80202-5427
jgoh@constangy.com
rmangum@constangy.com
ATTORNEYS FOR DEFENDANT

*/s/ Christopher M.A. Lujan*
Christopher M.A. Lujan, Esq.
Empower, P.C.
2851 South Parker Road, Suite 316
Aurora, CO 80014
720.791.5700 (Office)
720.260.1802 (Mobile)
303.317.8145 (Facsimile)
christopher@empowerlawdenver.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 07th day of April 2021, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was served via CM/ECF to the following:

Mr. Jim Goh, Esq.
Ms. Rayner Mangum, Esq.
Constangy, Brooks, Smith & Prophete, LLP
Dominion Towers
600 17th Street, Suite 2700-S
Denver, Colorado 80202-5427
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for Defendant*

*/s/ Christopher M.A. Lujan*
Christopher M.A. Lujan, Esq.
Empower P.C.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03196-CMA-STV

JEFFREY ROBINSON

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER, having come before the Court on the Stipulated Motion for Dismissal with Prejudice, filed by both parties, and the Court being fully advised;

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice. Each party shall bear costs and fees in accordance with the agreement of the parties.

DATED the _____ day of April 2021

______________________________

U.S. DISTRICT COURT JUDGE